UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

IN RE THE BEAR STEARNS COMPANIES,          :
INC. SECURITIES, DERIVATIVE, AND ERISA     :   Master File No.:
LITIGATION                                 :   08 M.D.L. 1963 (RWS)
                                           :
                                           :   ECF Case
This Document Relates To:                  :
                                           :   Oral Argument Requested
     Securities Action, No. 08 Civ. 2793 (RWS)  :
                                           :
                                           :

------------------------------------------------------------------ x

JAMES M. CROWE and VALERIE M. CROWE,       :
                                           :   Index No.:
                    Plaintiffs,            :   09 Civ. 778 (RWS)
                                           :
     v.                                    :
                                           :
JPMORGAN CHASE & CO., ALAN D. SCHWARTZ,     :
SAMUEL L. MOLINARO, JR., and ALAN C.       :
GREENBERG,                                 :
                                           :
                    Defendants.            :
                                           :
                                           :

------------------------------------------------------------------ x

BRUCE S. SHERMAN,                          :
                                           :   Index No.:
                    Plaintiff,             :   09 Civ. 8161 (RWS)
                                           :
     v.                                    :
                                           :
BEAR STEARNS COMPANIES INC., JAMES         :
CAYNE, WARREN SPECTOR and DELOITTE &       :
TOUCHE LLP,                                :
                                           :
                    Defendants.            :
                                           :

------------------------------------------------------------------ x

```
-------------------------------------------------------------------- x
VIVINE H. WANG,                                        :
                                                       :    Index No.:
                                Plaintiff,             :    11 Civ. 5643 (RWS)
                                                       :
        v.                                             :
                                                       :
                                                       :
THE BEAR STEARNS COMPANIES LLC,                        :
J.P.MORGAN SECURITIES LLC; J.P.MORGAN                  :
CLEARING CORP., DELOITTE & TOUCHE                      :
LLP, ALAN D. SCHWARTZ, ALAN C.                         :
GREENBERG, JOEY ZHOU, and GARRETT                      :
BLAND,                                                 :
                                                       :
                                Defendants.            :
                                                       :
-------------------------------------------------------------------- x
SRM GLOBAL MASTER FUND LIMITED                         :
PARTNERSHIP,                                           :    Index No.:
                                                       :    13 Civ 2692 (RWS)
                                Plaintiff,             :
                                                       :
        v.                                             :
                                                       :
THE BEAR STEARNS COMPANIES LLC                         :
(F/K/A BEAR STEARNS COMPANIES INC.),                  :
ALAN D. SCHWARTZ, SAMUEL L.                            :
MOLINARO, JR., JAMES CAYNE, WARREN                     :
SPECTOR and DELOITTE & TOUCHE LLP,                     :
                                                       :
                                Defendants.            :
                                                       :
-------------------------------------------------------------------- x
```

## **NOTICE OF MOTION TO QUASH**

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying memorandum of law, and the declaration of Jessica S. Carey and the exhibits annexed thereto, Defendants The Bear Stearns Companies Inc., now known as The Bear Stearns Companies LLC, JPMorgan Chase & Co., J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., Joe Y. Zhou, and Garrett Bland will move

this Court, before the Honorable Robert W. Sweet, on November 13, 2013 at 12:00 pm,

or at a date and time to be determined by the Court, for an order pursuant to Federal Rule

of Civil Procedure 45(c)(3) and the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), quashing the subpoenas seeking deposition

testimony from third parties Jeffrey Verschleiser, Thomas Marano, Matthew Tannin, and

Ralph Cioffi.  The grounds for this motion are set forth in the accompanying

memorandum of law.


Dated: October 15, 2013
       New York, NY


                              Respectfully Submitted,

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              By: _____

                                  Brad S. Karp (bkarp@paulweiss.com)
                                  Eric S. Goldstein (egoldstein@paulweiss.com)
                                  Jessica S. Carey (jcarey@paulweiss.com)
                                  Jonathan Hurwitz (jhurwitz@paulweiss.com)
                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel.   (212) 373-3000
                              Fax    (212) 757-3980

                              *Attorneys for Defendants The Bear Stearns Companies Inc.*
                              *(N/K/A The Bear Stearns Companies LLC), JPMorgan Chase*
                              *& Co., J.P. Morgan Securities LLC, J.P. Morgan Clearing*
                              *Corp., Joe Y. Zhou, and Garrett Bland*